**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margo A. Burlingham, | No. CV-26-03388-PHX-JAT |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

The Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) (2022) state:

> Rule 6. Plaintiff's Brief
> The plaintiff must file and serve on the Commissioner a brief for the requested relief within 30 days after the answer is filed ….

> Rule 7. Commissioner's Brief
> The Commissioner must file a brief and serve it on the plaintiff within 30 days after service of the plaintiff's brief.

> Rule 8. Reply Brief
> The plaintiff may file a reply brief and serve it on the Commissioner within 14 days after service of the Commissioner's brief.

*See also* LRCiv. 16.1 (same). The Court adopts the deadlines in these Rules as the schedule in this case.

The parties must review Local Rule Civil 16.1 for the requirements regarding the content and length of their briefs before this Court.

Accordingly,

**IT IS ORDERED** that the Clerk of the Court shall, using the Case Management

and Electronic Case Filing (CM/ECF) system, send a copy of this Order the United States Attorney's Office for the District of Arizona (in addition to mailing a copy of this Order to the Assistant United States Attorney who has appeared in this case, but is not registered for CM/ECF).

**IT IS FURTHER ORDERED** that Defendant shall respond to the complaint by June 16, 2026.

**IT IS FINALLY ORDERED** that this case, including all deadlines, shall be governed by the Rules referenced above.

Dated this 14th day of May, 2026.

James A. Teilborg
Senior United States District Judge

- 2 -